**[This opinion has been published in *Ohio Official Reports* at 87 Ohio St.3d 8.]**

ABBOTT ET AL., APPELLANTS, *v.* HAIGHT PROPERTIES, INC. ET AL., APPELLEES.

**[Cite as *Abbott v. Haight Properties, Inc.*, 1999-Ohio-234.]**

*Civil procedure—Trial court's decision granting summary judgment for one of several defendants in a civil action becomes a final appealable order, when—Court of appeals' decision reversed and cause remanded to court of appeals for further proceedings on authority of Denham v. New Carlisle.*

(No. 99-920—Submitted September 15, 1999—Decided October 13, 1999.)

CERTIFIED by the Court of Appeals for Lucas County, No. L-98-1413.

————————————

*Steven L. Crossmock*, for appellants.

————————————

**{¶ 1}** The judgment of the court of appeals is reversed, and the cause is remanded to the court of appeals for further proceedings on the authority of *Denham v. New Carlisle* (1999), 86 Ohio St.3d 594, 716 N.E.2d 184.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., not participating.

————————————